UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -

RODRIGO CLEVES,
and JOSE TORRES,
a/k/a "Big Joe,"
a/k/a "Hugo Rene Rojas Rivas,"
a/k/a "Joe,"

       Defendants.

- - - - - - - - - - - - - - - - - x

**APPLICATION AND
LIMITED UNSEALING ORDER**

S1 07 Cr. 691

       The United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, and Rua M. Kelly, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order to unseal the Indictment for the limited purpose of obtaining an original certified copy of the Indictment and arrest warrant of JOSE TORRES, so that the United States Attorney's Office may provide a copy to Mexico in seeking TORRES' extradition to the United States.

                                  MICHAEL J. GARCIA
                                  United States Attorney
                                  Southern District of New York

       By: _____
              Rua M. Kelly
              Assistant United States Attorney
              Southern District of New York
              (212) 637-2471

IT IS SO ORDERED:
Dated: New York, New York
       September ___, 2008
       *October 1, 2008*

                   _____
                   UNITED STATES MAGISTRATE JUDGE
                   SOUTHERN DISTRICT OF NEW YORK

0293