# WL | Wright Law

### ATTORNEY AT LAW

---

### 299 BROADWAY, SUITE 708
### NEW YORK, NY 10007
### OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463
### wrightlawnyc@gmail.com

January 26, 2026

Application Granted.

**CJA MATTER**

The Honorable P. Kevin Castel

United States District Judge, Southern District of New York

So Ordered:

500 Pearl Street

New York, New York 10007

Hon. P. Kevin Castel, U.S.D.J.

1-28-26

*Re:    United States v. Jose Torres 07-CR-00691 (PKC)*

Dear Judge Castel:

Pursuant to the Criminal Justice Act (CJA), I represent Jose Torres in the above referenced Indictment. The Government alleges that Mr. Torres from 2005 through 2007 engaged in a Narcotics Importation Conspiracy. Mr. Torres is a Mexican national who was recently extradited to the United States in regard to the instant indictment.

Due to the nature and complexity of this case, I respectfully request that the Court appoint Virginia Alvarez, Esq., as *associate* counsel to assist in the representation of Mr. Torres. I have conferred with Ms. Alvarez and confirmed that she does not have a conflict that would prevent her from representing the defendant.

The assignment of multiple lawyers is appropriate in this case for several reasons. First, I anticipate an extremely large volume of discovery and co-counsel could assist in digesting that material. Ms. Alvarez is fluent in Spanish and much of the documentation in this case is in Spanish and her ability to interpret those materials will be essential. Second, significant and lengthy meetings with the client at the Metropolitan Detention Center (MDC) jail will be required to adequately represent Mr. Torres. Additional support is needed to meet with Mr. Torres, to review the discovery and discuss the case. Furthermore, Ms. Alvarez will be particularly helpful with client meetings as she is a native Spanish speaker and Mr. Torres only speaks Spanish.

Alan Nelson, the case budgeting attorney for the CJA panel in the Second Circuit, approves the instant request.

Accordingly, I respectfully request that Virginia Alvarez, Esq. be assigned as *associate* counsel at the prevailing CJA hourly rate for associate counsel. Ms. Alvarez's resume is attached.

OK

1

Sincerely,
/s/
Christopher Wright